**Order entered November 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00386-CR**
**No. 05-20-00416-CR**

**BASHON ANTHONY SHULER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-31754-J & F18-31753-J**

**ORDER**

These appeals were submitted on October 27, 2021. After submission, it came to the Court's attention that the bill of costs is missing from each of the clerk's records.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, within **TEN DAYS OF THE DATE OF THIS ORDER**, supplemental clerk's records containing the bill of costs in each case. In accordance with Texas Code of

Criminal Procedure article 103.001, the bill of costs shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the costs.

We **DIRECT** the Clerk to send copies of this order to Dallas County District Clerk Felicia Pitre and to counsel for all parties.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE